IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| BRANDON R. CRAWFORD, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:18-CV-229-RWS-KNM |
| | § | |
| FOREST RIVER, INC., *et al.*, | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge (Docket No. 9, the "Report"), which contains her findings, conclusions, and recommendations regarding Defendant Forest River, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 4) and Defendant A Great Outdoor RV Center, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 5), has been presented for consideration. The Report, filed on August 21, 2018, recommends that Defendants' motions be granted pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is hereby

**ORDERED** that the complaint against Defendants Forest River, Inc. and A Great Outdoor RV Center, LLC is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction.

**SIGNED** this 14th day of September, 2018.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE